COMMONWEALTH of Pennsylvania,
Respondent

v.

Khaddfi EL, Petitioner.

Supreme Court of Pennsylvania.

Aug. 28, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of AUGUST, 2008, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, rephrased for clarity, are:

(1) Is a criminal defendant's request to represent himself or herself timely where the defendant makes the request after the denial of a pre-trial

motion and just prior to the commencement of a bench trial?

(2) At a bench trial, where a defendant has indicated his or her readiness to proceed *pro se*, is it an abuse of discretion to deny the *pro se* request without conducting a colloquy as required by Pa.R.Crim.P. 121(C)?

The parties are directed to submit the matter on briefs.

Justice TODD did not participate in the consideration or decision in this matter.